UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   Plaintiff,

 v.              Case No. 06-CR-0035

MOUHSEN LASSILA,

   Defendant.

**ORDER DENYING MOTION FOR FREE HEARING TRANSCRIPT**

  On December 15, 2006, Defendant Mouhsen Lassila was convicted of conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343 and 1349 and sentenced to 125 months in prison. The defendant filed a timely Notice of Appeal, but the appeal was summarily dismissed by the Court of Appeals on July 26, 2007. On April 13, 2012, the defendant filed an affidavit in support of a motion for a free copy of the hearing transcript. It appears from the body of the "affidavit" that the defendant is requesting a transcript of a preliminary hearing done in the above matter.

  Given the status of the case, the motion is denied. Lassila may be indigent, but he indicates nothing in his motion or affidavit that would indicate a basis upon which a transcript should be provided. Accordingly, the motion is denied.

  Dated this __16th__ day of April, 2012.

                 s/ William C. Griesbach
                 William C. Griesbach
                 United States District Judge